EDWARD D. MAGAURAN 5888
Edward D. Magauran, Attorney at Law
1188 Bishop Street, Suite 2610
Honolulu, Hawaii 96813
Telephone: (808) 585-1000
edmhnl@gmail.com
Attorney for Debtor



FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII
2018 MAY 11 P 3:01
MICHAEL B. DOWLING
CLERK OF COURT

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>Nelson Garduque Simbajon, Sr.,<br><br>    Debtor. | Case No. 16-00582<br>(Chapter 13)<br><br>**OPOSITION TO TRUSTEE'S MOTION TO DISMISS**<br><br>Date: 5/31/18<br>Time: 9:30 am.<br>Judge: Hon Robert J. Faris<br>Re Docket No. 25 |

## OPOSITION TO TRUSTEE'S MOTION TO DISMISS

Comes now Debtor Nelson Garduque Simbajon, Sr. and hereby oppose the Trustee's Motion to Dismiss Docket No. 25 ("Motion") and requests that the Court permit the Debtor to get current by hearing time or such other time as is agreeable.

DATED: May 9, 2018.

/s/ EDWARD D. MAGAURAN
EDWARD D. MAGAURAN
Attorney for Debtor